In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of JAMES H. BATES, Deceased.

BROOKLYN HOME FOR AGED MEN et al., Appellants; LEONARD N. SNEDEKER, Special Guardian for CHARLES W. FIELD et al., Infants, et al., Respondents.

Submitted January 8, 1940; decided January 12, 1940.

Motions to amend remittitur denied. The parties joining in a single brief are entitled under our order to a single bill of costs. (See 281 N. Y. 692.)

WILLIAM M. DENMAN, as Trustee in Bankruptcy of LOUIS FINKELSTEIN, Respondent, *v.* ESTHER G. FINKELSTEIN et al., Appellants.

Submitted January 8, 1940; decided January 12, 1940.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 875.)

MARY A. SPERTI, as Administratrix of the Estate of FRANK SPERTI, Deceased, Respondent, *v.* CITY OF NIAGARA FALLS, Appellant.

Submitted January 8, 1940; decided January 12, 1940.

Motion to amend the remittitur denied. Time to comply with the order extended ten days. (See 281 N. Y. 708.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SIDNEY MARKMAN and DAVID GOLDBERG, Appellants.

Submitted January 8, 1940; decided January 12, 1940.

Motion for a reargument denied. (See 281 N. Y. 855.)